509 A.2d 1256

**COMMONWEALTH of Pennsylvania**

v.

**Howard BUTLER, Petitioner.**

Supreme Court of Pennsylvania.

May 29, 1986.

Petition for Allowance of Appeal GRANTED, No. 75 E.D. Appeal Docket 1986.